NUMBER 13-05-127-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

CAROL ANN BENNINGFIELD,                                             Appellant,

v.

MICHAEL OSTOS, DANA OSTOS, AND HARTFORD 
CASUALTY INSURANCE COMPANY,                                  Appellees.
___________________________________________________________________

On appeal from the 347th District Court of Nueces County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, CAROL ANN BENNINGFIELD, perfected an appeal from a judgment
entered by the 347th District Court of Nueces County, Texas, in cause number 02-155-H. The clerk’s record was filed on February 17, 2005. No reporter’s record was
filed. Appellant’s brief was due on March 21, 2005. To date, no appellate brief has
been received.
         When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant’s failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).
         On April 25, 2005, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten days to
explain why the cause should not be dismissed for failure to file a brief. To date, no
response has been received.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to file a proper appellate brief, this Court’s notice, and appellant’s
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.
                                                               PER CURIAM

Memorandum Opinion delivered and filed
this the 26th day of May, 2005